# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Kansas City Area Office**
400 State Ave, Suite 905
Kansas City, KS 66101
(913) 340-8810
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 06/12/2023

**To:** Me han Ke hart
[redacted]

Charge No: 563-2023-00277

EEOC Representative and email: Natascha DeGuire
Area Director
natascha.deguire@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 563-2023-00277.

On behalf of the Commission,

Digitally Signed By: David Davis
06/12/2023

David Davis
Acting District Director

**cc:**
Tom Tkachuk
Blue Valley Dermatology
7520 160th St, Suite 100
Overland Park, KS 66085

Jill Ritchie
Blue Valley Dermatology
7520 160th St, Suite 100
Overland Park, KS 66085

Frankie Forbes
Forbes Law Group, LLC
6900 College Blvd Ste 840
Overland Park, KS 66211

Nickolas C Templin
Schmitt Law Firm, LLC
2600 Grand Boulevard Suite 380
Kansas City, MO 64108

Please retain this notice for your records.