EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

- [ ] FEPA
- [X] EEOC

and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Meghan L. Kephart** | [redacted] | [redacted]**1991** |

| Street Address | City, State and ZIP Code |
|---|---|
| [redacted] | [redacted] |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **Blue Valley Dermatology** | **25+** | [redacted] |

| Street Address | City, State and ZIP Code |
|---|---|
| **7520 W 160th Street Ste 100** | **Overland Park, Kansas 66085** |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

- [ ] RACE
- [ ] COLOR
- [X] SEX
- [ ] RELIGION
- [ ] NATIONAL ORIGIN
- [X] RETALIATION
- [ ] AGE
- [ ] DISABILITY
- [ ] GENETIC INFORMATION
- [ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| **March 2022** | **May 4, 2022** |

- [ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a female and the member of a protected class based upon my gender and status as a pregnant woman. I began working with Dr. Lauren Kyle Tkachuk at a separate healthcare practice in 2016, and moved with her to establish Blue Valley Dermatology in August 2017. I was an active participant in growing the business, even accepting a pay cut to assist the business with the COVID-19 pandemic. Even still, Dr. Tkachuk's husband and co-owner Tom Tkachuk would make disparaging statements about women when the business was struggling, telling me that there was about to be "lots of single mothers out there."

I discovered that my spouse and I were expecting a child in March 2022. I informed my employer soon thereafter, as I was both excited and did not want them to be concerned about any potential morning sickness. While I took approved time away from work for doctor's appointments related to my pregnancy, my work was otherwise unaffected.

On May 3, 2022, Tom Tkachuk brought me into his office, and attempted to get me to voluntarily resign. He told me that "as my friend" he felt I needed to focus on my health as a pregnant woman, and that continuing to work was not in my best interests. He made clear that my work performance was not at issue and I received no counseling or other disciplinary action at that time. (Continued on pg. 2)

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

10/27/22 — *Date*

Meghan Kephart — *Charging Party Signature*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA<br>☒ EEOC | |

_______________ and EEOC

State or local Agency, if any

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Shortly thereafter, Tom provided a written warning based on complaints by another employee about the quality of my work. When I asked for clarity on the contents, Tom responded that he didn't know and could not provide any detail. He asked why I needed the job, and that if the reason was health insurance benefits then he would continue that benefit through the end of May 2022 if I resigned. I declined, and expressed concern that my pregnancy was the cause for my dismissal. I was then promptly was sent home.

The next day, on May 4, 2022, I received a letter from Tom via email, informing me that my employment had been terminated. The reason for my termination stated therein was "Attendance and Professionalism". In less than a day's time, the company went from asking for a voluntary resignation due to my pregnancy, to creating a written warning about my work product, to firing me. The limited rationale provided by the company and its agents all arose from my status as a pregnant female. This is a violation of the law.

I am seeking an end to the unlawful actions of my former employer, as well as any and all remedies available to me by law.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>10/27/22 [signature]<br>*Date* *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |